## ATTACHMENT A
## STATEMENT OF FACTS: BERNARD VENDITTE

*The United States and the Defendant agree that if this case proceeded to trial, the United States would prove the following facts below beyond a reasonable doubt. The parties agree that these are not all of the facts that would have been proved if this case proceeded to trial.*

Defendant **BERNARD VENDITTE** ("**VENDITTE**") is a resident of Nebraska. Between in or about August 2015 through in or about December 2016, **VENDITTE** conspired with **George Sambuca, a/k/a Stephen Thompson, a/k/a Jack Yates ("Sambuca"),** to unlawfully distribute anabolic steroids and other body-enhancing injectable drugs to individual consumers seeking to enhance their physiques. These anabolic steroids and drugs were misbranded and thus violated the law pursuant to Title 21, United States Code, Sections 331(a), 352(a), (b), (c), and (f), and 333(a)(1). Specifically, the products that **VENDITTE** and **Sambuca** distributed were "drugs" pursuant to the Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 321(g), because they were intended to affect the structure and function of the body. The drugs that **VENDITTE** and **Sambuca** introduced into interstate commerce were misbranded within the meaning of the Food, Drug, and Cosmetic Act ("FDCA") because their labeling bore false and misleading labeling and lacked adequate directions for use and adequate warnings. The drugs were also misbranded because their labels lacked the name of the manufacturer, packer, or distributor and other required information (such as expiration dates). As such, **VENDITTE** and **Sambuca** knowingly introduced misbranded drugs into interstate commerce. The distribution of anabolic steroids and other misbranded drugs created a substantial risk of bodily injury or death.

**Sambuca** sold anabolic steroids and other misbranded drugs through a company known as Dynasty Labs. Dynasty Labs sought buyers for these products by placing advertisements on bodybuilding websites and online forums, and by sending blast email advertisements to his customers. The anabolic steroids that **Sambuca** sold included, but were not limited to, Testosterone, Nandrolone, Stanozolol, Oxandrolone, and Oxymetholone, all Schedule III controlled substances.

In 2015, **VENDITTE** began visiting an internet chat room and communicating with an individual who was present in the chatroom as username "DynastyLabs." This representative of Dynasty Labs thereafter offered **VENDITTE** a job shipping steroid orders to customers on behalf of Dynasty Labs, which **VENDITTE** accepted. When **VENDITTE** first began working for Dynasty Labs, **Sambuca** resided in and distributed misbranded drugs out of Philadelphia, Pennsylvania. **Sambuca** thereafter resided in and distributed misbranded drugs out of Nevada.

Between in or about August 2015 through in or about December 2016, **VENDITTE** mailed between 50 and 100 packages of steroids and other misbranded drugs for **Sambuca** and/or Dynasty Labs in exchange for cash, which was paid to **VENDITTE** by mail. **VENDITTE** received approximately $5,000 from **Sambuca** and/or Dynasty Labs between August 2015 and December 2016. **VENDITTE** received the steroids from **Sambuca** and/or Dynasty Labs in either bulk amounts of products already labeled, which **VENDITTE** then mailed via the U.S. mails to the customer addresses provided to him by **Sambuca** and/or Dynasty Labs, or in larger quantities,

which **VENDITTE** then put into smaller vials prior to mailing the steroids to the customer addresses provided to him by **Sambuca** and/or Dynasty Labs.

**VENDITTE also** provided for **Sambuca's** use a fake driver's license in the name of "Jack Yates," which **VENDITTE** did in exchange for approximately $200. **Sambuca** thereafter used this fake driver's license to open a UPS box, which **Sambuca** used to receive money from his customers in exchange for steroids and other misbranded drugs.

*\*\*\**

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_6/13/18_
Date

_____
Bernard Venditte

I am the attorney for Bernard Venditte. I have carefully reviewed the statement of facts with him.

_6/13/18_
Date

_____
Craig M. Martin, Esq.